ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN LEONEL CHEVEZ GOMEZ,<br>Plaintiff,<br>v.<br>USCIS, et al.,<br>Defendants. | CASE NO. 2:26-CV-02974-DJC-JDP<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating to the adjudication of a pending Form I-751, Petition to Remove Conditions on Residence, under the Immigration and Nationality Act ("I-751 Petition"). Plaintiff served the current complaint on September 14, 2026, making the deadline for Defendants to respond November 13, 2026. USCIS recently issued a Request for Evidence (RFE) to the Plaintiff, with a response due by December 3, 2026. Plaintiff has until December 3, 2026 to produce the requested evidence. The requested evidence is necessary to continue the adjudicatory process; this process cannot continue unless and until this evidence is received. Given this status, and in the interest of allowing the process to proceed, the parties hereby stipulate to an extension of the current deadline for Defendants to file an answer or other pleading for approximately thirty days after the due date for the requested evidence, through and including January 6, 2027. The parties further ask the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is January 6, 2027. All other pending deadlines and proceedings are similarly extended.

DATED: November 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Chien-Yu Michael Wang (as authorized on November 13, 2026)*
CHIEN-YU MICHAEL WANG
Counsel for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: November 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE